PAUL J. FISHMAN
United States Attorney

NICOLE M. ELLIOTT(NME5768)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 616-9785
Nicole.M.Elliott@usdoj.gov

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **UNITED STATES DISTRICT COURT** |
| | : | **DISTRICT OF NEW JERSEY** |
| Plaintiff, | : | **(NEWARK DIVISION)** |
| | : | |
| | : | |
| v. | : | Hearing date: March 1, 2010 |
| | : | |
| GERALD M. SHERMAN | : | No. 02-cv-1706-SRC |
| JUDITH ANN SHERMAN | : | |
| PRINCIPLE RESIDENTIAL MORTGAGE | : | |
| COLONIAL STATE BANK | : | |
| EDGAR SHERMAN | : | |
| MORRIS GOLDSTEIN | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF MOTION TO REOPEN

The United States gives notice that it shall move for an order reopening this matter.  As grounds for this motion, the United States submits that the issues are now ripe for adjudication.

The United States shall make this motion on March 1, 2010, or as soon thereafter as possible at the United States Courthouse in Newark, New Jersey.

-1-

A brief in support of this motion, and a proposed order are submitted herewith.

Dated: January 25, 2010

                                       Respectfully submitted,

                                       PAUL J. FISHMAN
                                       United States Attorney


                                         /s Nicole M. Elliott
                                       NICOLE M. ELLIOTT(NMS5768)
                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice
                                       P.O. Box 227
                                       Washington, D.C.  20044
                                       Telephone: (202) 616-9785
                                       Nicole.M.Elliott@usdoj.gov