|  |  |
|---|---|
| UNITED STATES OF AMERICA | : **UNITED STATES DISTRICT COURT** |
|  | : **DISTRICT OF NEW JERSEY** |
| Plaintiff, | : **(NEWARK DIVISION)** |
|  | : |
|  | : |
| v. | : |
|  | : |
| GERALD M. SHERMAN | : No. 02-cv-1706-SRC |
| JUDITH ANN SHERMAN | : |
| PRINCIPLE RESIDENTIAL MORTGAGE | : |
| COLONIAL STATE BANK | : |
| EDGAR SHERMAN | : |
| MORRIS GOLDSTEIN | : |
|  | : |
| Defendants. | : |

## O R D E R

Upon consideration of the United States' motion to reopen and any opposition thereto, the Court concludes that the motion should be granted. Accordingly, it is, this

\_\_ day of _____, 2010,

ORDERED the United States' motion to reopen, is GRANTED IN ITS ENTIRETY.

_____
UNITED STATES DISTRICT JUDGE