PAUL J. FISHMAN
United States Attorney

NICOLE M. ELLIOTT(NME5768)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 616-9785
Nicole.M.Elliott@usdoj.gov

| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Plaintiff, | (NEWARK DIVISION) |
| | |
| v. | Hearing date: March 1, 2010 |
| | |
| GERALD M. SHERMAN | No. 02-cv-1706-SRC |
| JUDITH ANN SHERMAN | |
| PRINCIPLE RESIDENTIAL MORTGAGE | |
| COLONIAL STATE BANK | |
| EDGAR SHERMAN | |
| MORRIS GOLDSTEIN | |
| | |
| Defendants. | |

## CERTIFICATE OF SERVICE

It is hereby certified that true and correct copies of the UNITED STATES' NOTICE OF MOTION TO REOPEN, UNITED STATES' MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO REOPEN, and a proposed ORDER were served this 25th day of JANUARY 2010, by filing them with the Clerk of the Court under the Court's CM/ECF system.

AND IT IS FURTHER CERTIFIED THAT true copies of the documents listed above were caused to be served on the parties, this 25th day of JANUARY 2010, by sending them via certified mail, addressed to:

        Gerald M. Sherman
        3 Geraldine Court
        Farmingdale, New Jersey 07727-4204

        Judith Ann Sherman
        26 Ridge Road
        W. Long Branch, New Jersey 07764

        Principle Residential Mortgage
        c/o Elizabeth K. Holdren
        Hill Wallack
        Attorneys at Law
        202 Carnegie Center
        Princetown, New Jersey 08543

        Colonial State Bank
        521 Park Avenue
        Freehold, New Jersey 07728

        Edgar Sherman
        510 Deal Lake Drive 10E
        Asbury Park, New Jersey 07712-51712

        Morris Goldstein
        100 Cliff Avenue
        Bradley Beach, New Jersey 07720

        <u>/s/ Nicole M. Elliott</u>
        NICOLE M. ELLIOTT