| | |
|---|---|
| UNITED STATES OF AMERICA | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEW JERSEY** |
| Plaintiff, | **(NEWARK DIVISION)** |
| | |
| | No. 02-cv-1706-SRC |
| v. | |
| | |
| GERALD M. SHERMAN | |
| JUDITH ANN SHERMAN | |
| PRINCIPLE RESIDENTIAL MORTGAGE | |
| COLONIAL STATE BANK | |
| EDGAR SHERMAN | |
| MORRIS GOLDSTEIN | |
| | |
| Defendants. | |

## ORDER

Upon consideration of the United States' motion to dismiss Principle Residential Mortgage and any opposition thereto, the Court concludes that the motion should be granted.

//

//

Accordingly, it is, this 7 day of May, 2010,

ORDERED that the United States' motion is GRANTED IN ITS ENTIRETY; ORDERED that Principal Residential Mortgage is dismissed as a party in this action; and it is further ORDERED that Principal Residential Mortgage, and its successor CitiMortgage Inc., are precluded from asserting any interest in the real property located at 26 Ridge Road, West Long Branch, New Jersey.

_____
UNITED STATES DISTRICT JUDGE